UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**VIOLA E. MARCKS,**                              CV # 06-411-BR

    Plaintiff,

                                                            ORDER FOR EAJA FEES

vs.

**COMMISSIONER of Social Security,**

    Defendant.

_____

(#24)

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7000.00, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and costs in the amount of $250, pursuant to 28 U.S.C. 1920, shall be awarded to Plaintiff.

DATED this _6_ day of December, 2007.

                                                         _____
                                                         HON. ~~ANNA J. BROWN~~ Robert E. Jones
                                                         UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff

PROPOSED ORDER; STIPULATION FOR EAJA FEES